IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY LOVESAY,

    Petitioner,

  v.                              Case No. 2:05-cv-115
                                    JUDGE SMITH
PAT HURLEY,                   MAGISTRATE JUDGE KING

    Respondent.

## OPINION AND ORDER

On September 19, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed.  Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  This case is hereby **DISMISSED** .

The Clerk is **DIRECTED** to enter final judgment dismissing this action.

**IT IS SO ORDERED.**

                                                       s/George C. Smith
                                                    GEORGE C. SMITH
                                          United States District Judge